Commonwealth *v.* Paris, Appellant.

Argued November 12, 1969. *Allen N. Brunwasser,* for appellant; *Arnold W. Hirsch,* Special Assistant Attorney General, for Commonwealth, appellee.

Order affirmed.

### Philadelphia Suburban Transportation Company Application.

Argued December 13, 1968. *William T. Coleman, Jr.,* with him *John M. Elliott, Lewis H. Van Dusen, David P. Bruton,* and *Dilworth, Paxson, Kalish, Kohn & Levy,* and *Drinker, Biddle & Reath,* for SEPTA, appellant; *Daniel F. Joella,* Assistant Counsel, with him *Edward Munce,* Assistant Counsel, for Pennsylvania Public Utility Commission, appellee; *Ralph B. D'Iorio,* with him *John F. Cramp,* and *Cramp & D'Iorio,* for applicant, intervening appellee.

OPINION BY WRIGHT, P. J.: The Court has been informed by counsel, copy of letter attached, that Southeastern Pennsylvania Transportation Authority has acquired the rights and assets of Philadelphia Suburban Transportation Company. Therefore, these appeals are dismissed as moot.